UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BASILIO ANGULO-LOPEZ,                )
                                     )
    Petitioner,                      )   Case No. C05-483-RSM-JPD
                                     )         (CR90-323R)
    v.                               )
                                     )
UNITED STATES OF AMERICA,            )   ORDER OF DISMISSAL
                                     )
    Respondent.                      )
_____)

The Court, having reviewed petitioner's 28 U.S.C. § 1651 motion, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 1651 motion is DENIED, and this action is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of October, 2005.

                                                RICARDO S. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE